1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   EVELYN YSLAS,                        )      NO. ED CV 11-1071-E
                                          )
12                   Plaintiff,           )
                                          )
13        v.                              )      **JUDGMENT**
                                          )
14   MICHAEL J. ASTRUE, COMMISSIONER      )
     OF SOCIAL SECURITY ADMINISTRATION,   )
15                                        )
                                          )
16                   Defendant.           )
                                          )
17   _____)

18

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner

20   of the Social Security Administration is reversed in part and the

21   matter is remanded for further administrative action consistent with

22   the Memorandum Opinion and Order of Remand filed concurrently

23   herewith.

24

25        DATED:  March 8, 2012.

26

27                           _____/S/_____
                                  CHARLES F. EICK
28                           UNITED STATES MAGISTRATE JUDGE